IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT HARRIS                                                         PLAINTIFF

v.                             No. 4:25-cv-558-DPM

RITE OF PASSAGE                                                       DEFENDANT

## ORDER

1. Harris's application to proceed *in forma pauperis*, Doc. 1, is granted. He reports living on social security income and little savings.

2. The Court must screen Harris's complaint. 28 U.S.C. § 1915(e)(2). The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law. Fed. R. Civ. P. 8(a); 28 U.S.C. § 1915(e)(2)(B)(ii). Harris's complaint is difficult to read because of the small handwriting. As best the Court can tell, Harris was suspended after reporting to Right of Passage's chief administrator that he witnessed his white supervisor fail to protect a student. *Doc. 2*. Harris also alleges that he was denied bathroom breaks because he had no one to relieve him at his post. Finally, he says he's been denied medical benefits. Eventually, Right of Passage fired him.

Harris helpfully attached the EEOC's right-to-sue letter but not his charge of discrimination. From the letter, it's apparent that Harris, a 67-year old black man, worked for Rite of Passage as a coach

counsellor until 7 June 2024, when he was fired.  He believes he lost his job because of race and age discrimination.  He has not described the events surrounding his firing, including who was involved and why he believes he was suspended and eventually fired because of his age or race.  To evaluate his case, the Court needs to know the particulars.

3.     Harris must file an amended complaint with more details. He must do so by 30 July 2025.  If he does not, the Court will dismiss his case without prejudice.  LOCAL RULE 5.5(c)(2).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 June 2025