IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT HARRIS**                                                                 **PLAINTIFF**

v.                              No. 4:25-cv-558-DPM

**RITE OF PASSAGE**                                                              **DEFENDANT**

## ORDER

Summons has been returned unexecuted. The Clerk must reissue summons for Rite of Passage, and deliver it, along with a copy of the complaint, amended complaint, the screening Order, and this Order to the United States Marshal for service in due course.

The United States Marshal, however, cannot buy postage for service by mail during the government shutdown. When funding is restored, the Marshal must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt requested, on any registered agent, officer, managing agent, or any other agent authorized to receive service at Rite of Passage, care of Hope Thomas, 1501 Woody Drive, Alexander, Arkansas 72002.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2025