IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT HARRIS                                            PLAINTIFF

v.                       No. 4:25-cv-558-DPM

RITE OF PASSAGE                                DEFENDANT

## ORDER

Rite of Passage says Harris didn't sue within ninety days of receiving his right-to-sue letter from the Equal Employment Opportunity Commission. Harris hasn't responded. He got his letter on 7 March 2025. *Doc. 2 at 2 & 4.* He had ninety days—until 5 June 2025—to sue. 42 U.S.C.A. § 2000e-5(f)(1); *Anderson v. Unisys Corp.*, 47 F.3d 302, 308 (8th Cir. 1995). Harris filed his lawsuit on June 6th, one day late. The statute of limitations bars his suit. *Anderson*, 47 F.3d at 308. And Harris hasn't pleaded any reason why the limitations period should be equitably tolled. Rite of Passage's motion to dismiss, *Doc. 15*, is therefore granted.

So Ordered.

                                         _____
                                         D.P. Marshall Jr.
                                         United States District Judge

                                         14 January 2026