# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT HARRIS**                                                     **PLAINTIFF**

**v.**                                  **No. 4:25-cv-558-DPM**

**RITE OF PASSAGE**                                              **DEFENDANT**

## JUDGMENT

Harris's amended complaint is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_14 January 2026_