# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ROBERT HARRIS                                                          PLAINTIFF

v.                                  No. 4:25-cv-558-DPM

RITE OF PASSAGE                                                        DEFENDANT

## ORDER

Motion, *Doc. 21*, granted. The Court directs the Clerk to send Harris a copy of the dismissal Order, *Doc. 19*, which outlines the reasons for the dismissal.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_10 February 2026_